# United States District Court

WESTERN DISTRICT OF WASHINGTON

ROY A. ROGERS                                       JUDGMENT IN A CIVIL CASE

        v.

MICHAEL J. ASTRUE,                                  CASE NUMBER: C06-5551RJB
Commissioner of Social Security

      **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

The Court ADOPTS the Report and Recommendation, Dkt #15. The administrative decision is AFFIRMED.

May 25, 2007                                         BRUCE RIFKIN
                                                     Clerk

                                                     /s/Dara L. Kaleel
                                                     By Dara L. Kaleel, Deputy Clerk